...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **00-6218 CR-ROETTGER**

18 U.S.C. § 510 (a)(1)

**MAGISTRATE JUDGE SNOW**

UNITED STATES OF AMERICA,

v.

JOHNYE FAIRMAN,

Defendant.

_____/



FILED by _____ D.C.
AUG 1 0 2000

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about December 9, 1997, in Broward County, in the Southern District of Florida, the defendant,

**JOHNYE FAIRMAN,**

with intent to defraud, knowingly and willfully did falsely make and forge on a treasury check of the United States, the endorsement "Katherine D. Fairman," the said check with the falsely made and forged endorsement being check number 2218  93863361 and dated December 1, 1997, in the amount of $833.00; in violation of Title 18, United States Code, Section 510(a)(1).

### COUNT II

On or about December 12, 1997, in Broward County, in the Southern District of Florida, the defendant,

**JOHNYE FAIRMAN,**



with intent to defraud, knowingly and willfully did falsely make and forge on a treasury check of the United States, the endorsement "Katherine D. Fairman," the said check with the falsely made and forged endorsement being check number 2043 48298096 and dated December 3, 1997, in the amount of $461.00; in violation of Title 18, United States Code, Section 510(a)(1).

## COUNT III

On or about January 12, 1998, in Broward County, in the Southern District of Florida, the defendant,

### JOHNYE FAIRMAN,

with intent to defraud, knowingly and willfully did falsely make and forge on a treasury check of the United States, the endorsement "Katherine D. Fairman," the said check with the falsely made and forged endorsement being check number 2218 94983837 and dated December 31, 1997, in the amount of $850.00; in violation of Title 18, United States Code, Section 510(a)(1).

## COUNT IV

On or about January 13, 1998, in Broward County, in the Southern District of Florida, the defendant,

### JOHNYE FAIRMAN,

with intent to defraud, knowingly and willfully did falsely make and forge on a treasury check of the United States, the endorsement "Katherine D. Fairman," the said check with the falsely made and forged endorsement being check number 2043 56601370 and dated January 2, 1998, in the amount of $472.00; in violation of Title 18, United States Code, Section 510(a)(1).

## COUNT V

On or about February 3, 1998, in Broward County, in the Southern District of Florida, the defendant,

**JOHNYE FAIRMAN,**

with intent to defraud, knowingly and willfully did falsely make and forge on a treasury check of the United States, the endorsement "Katherine D. Fairman," the said check with the falsely made and forged endorsement being check number 2218 96127156 and dated January 30, 1998, in the amount of $850.00; in violation of Title 18, United States Code, Section 510(a)(1).

### COUNT VI

On or about February 12, 1998, in Broward County, in the Southern District of Florida, the defendant,

**JOHNYE FAIRMAN,**

with intent to defraud, knowingly and willfully did falsely make and forge on a treasury check of the United States, the endorsement "Katherine D. Fairman," the said check with the falsely made and forged endorsement being check number 2043 64607993 and dated February 3, 1998, in the amount of $472.00; in violation of Title 18, United States Code, Section 510(a)(1).

### COUNT VII

On or about March 12, 1998, in Broward County, in the Southern District of Florida, the defendant,

**JOHNYE FAIRMAN,**

with intent to defraud, knowingly and willfully did falsely make and forge on a treasury check of the United States, the endorsement "Katherine D. Fairman," the said check with the falsely made and forged endorsement being check number 2043 72455993 and dated March 3, 1998, in the amount of $472.00; in violation of Title 18, United States Code, Section 510(a)(1).

### COUNT VIII

On or about April 13, 1998, in Broward County, in the Southern District of Florida, the

defendant,

## JOHNYE FAIRMAN,

with intent to defraud, knowingly and willfully did falsely make and forge on a treasury check of the United States, the endorsement "Katherine D. Fairman," the said check with the falsely made and forged endorsement being check number 2043 80209072 and dated April 3, 1998, in the amount of $472.00; in violation of Title 18, United States Code, Section 510(a)(1).

## COUNT IX

On or about May 12, 1998, in Broward County, in the Southern District of Florida, the defendant,

## JOHNYE FAIRMAN,

with intent to defraud, knowingly and willfully did falsely make and forge on a treasury check of the United States, the endorsement "Katherine D. Fairman," the said check with the falsely made and forged endorsement being check number 2043 87804406 and dated May 1, 1998, in the amount of $472.00; in violation of Title 18, United States Code, Section 510(a)(1).

A TRUE BILL

_Leonard Pott_
FOREPERSON

_Steven R. Petri_
GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA     CASE NO. _____

v.

JOHNYE FAIRMAN                **CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)     New Defendant(s)     Yes ____ No ____
                                     Number of New Defendants ____
___ Miami  ___ Key West              Total number of counts ____
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect __English__

4. This case will take __1-2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_           Petty     ____
   II   6 to 10 days     ____          Minor     ____
   III  11 to 20 days    ____          Misdem.   ____
   IV   21 to 60 days    ____          Felony    _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge:_____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) __NO__
   If yes:
   Magistrate Case No._____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of_____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes _ No   If yes, was it pending in the Central Region? _X_ Yes __ No

8. Did this case originate in the Narcotics Section, Miami?  _Yes_ _X_ No

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 88171

\*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: <u>JOHNYE FAIRMAN</u>       No.:_____

Counts # 1 thru 9 :
<u>Forgery of United States Treasury Checks; in violation of 18 U.S.C. § 510(a)(1)</u>

*Max Penalty: <u>Ten (10) years' maximum imprisonment; $250,000 fine</u>

Count #
_____

*Max Penalty:_____

Count #:
_____

*Max Penalty:_____

Count #:
_____

*Max Penalty:_____

Count # :
_____

*Max Penalty:_____

Count # :
_____

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96