AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Bertha R. Mitrani   USSS, S/A Michael Roland, (305)629-1835

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

JOHNYE FAIRMAN

**WARRANT FOR ARREST**

CASE NUMBER: 00-6218

CR-ROETTGER

MAGISTRATE JUDGE
SNOW

TO:  **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____JOHNYE FAIRMAN_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Forgery of United States Treasury Checks;

in violation of Title __18__ United States Code, Section(s) __510__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $25,000 10% Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Thursday, August 10, 2000 Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____JOHNYE FAIRMAN_____

ALIAS: _____KATHERINE FAIRMAN_____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____FLEA MARKET USA_____

PLACE OF BIRTH: _____ROAD ISLAND_____

DATE OF BIRTH: _____10/8/55_____

SOCIAL SECURITY NUMBER: _____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_____

HEIGHT: _____ WEIGHT: _____

SEX: _____FEMALE_____ RACE: ___WHITE_____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: ____Department of the Treasury, United States Secret Service,____

_____8375 N.W. 53 Street, Miami, Florida 33166_____