**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by ___ D.C.
AUG 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. OF
S.D. OF FLA. - FT. LAUD.

| | |
|---|---|
| DEFT: JOHNYE FAIRMAN (J) | CASE NO: 00-6218-CR-ROETTGER |
| AUSA: BERTHA MITRANI *pres* | ATTY: Wilcox |
| AGENT: USSS | VIOL: 18:510 |
| PROCEEDING: I/A ON INDICTMENT | RECOMMENDED BOND: $25,000 10% PSB |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: FPD |
| BOND SET @: | To be cosigned by: |

Advised of charges
sworn for appointment
of Counsel.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☑ Rpt to PTS as directed or _____ x's a week/month by phone; _____ x's a week/month in person.

☑ Random urine testing by Pretrial Services. ✓ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

**Reading of Indictment Waived**
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 9-12 | 11 | Snow | ✓ |

DATE: 8/22/00   TIME: 11 00   FTL/LSS TAPE # 00- C45   Begin: 2234   End: 3654

5/DM