UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6218-CR-ROETTGER

UNITED STATES OF AMERICA

vs

JOHNYE FAIRMAN

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:                Address: _On Bond form_

                          _____

                          Telephone:_____

DEFENSE COUNSEL:          Name: _Federal Public Defender_

                          Address:_____

                          _____

                          Telephone:_____

BOND SET/~~CONTINUED~~:   $ _25,000 PSB_

Bond hearing held: yes____ (no)___ Bond hearing set for_____

Dated this_22ND_ day of _AUGUST_____ ,2000.

                          CLARENCE MADDOX
                          COURT ADMINISTRATOR/CLERK OF COURT

                          By:_Jenny Butler_
                             Deputy Clerk

                          Tape No._00-_045_

cc: Copy for Judge
    U. S. Attorney

