FILED AUG 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55440-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6218-CR-NCR
                          ) REPORT COMMENCING CRIMINAL
        -vs-              )         ACTION
                          )
Johnye Kathleen Fairman   )
            Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office      MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8/22/00   7:00  am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 510   Check Forgery

(4) U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 10-08-55

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint   To be filed/Already filed
    Case# 00-6218

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Broward County

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES [ ] NO

Amount of Bond: $ 25,000   10 %
Who set Bond: _____

(7) Remarks: _____

(8) Date: 8/22/00   (9) Arresting Officer: Agent Michael Roland
(10) Agency: US Secret Service  (11) Phone: 305 629 1800
(12) Comments: _____