AO 442 (Rev. 12/85) Warrant for Arrest    AUSA Bertha R. Mitrani    USSS, S/A Michael Roland, (305)629-1835

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA    498477

UNITED STATES OF AMERICA

V.

JOHNYE FAIRMAN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6218**

CR-ROETTGER
MAGISTRATE JUDGE
SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHNYE FAIRMAN _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Forgery of United States Treasury Checks;

in violation of Title __18__ United States Code, Section(s) __510__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ 25,000 10% Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Thursday, August 10, 2000, Ft. Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/10/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>8/22/00 | | John Walker, ASDUSM |