HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

*FILED by JN D.C.*
*SEP 1 2 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

(USM do not bring defendants for status hearing)

DEFT __GARY KAFKA__                          CASE NO: __00-8099-CR-FERGUSON__       00-04

AUSA __NEIL KARADBIL__ /Rice        ATTY __JACK FLEISCHMAN__   Sid

disc out - No pending mots  Cal call 10-2  0216

DEFT __JOHNYE FAIRMAN__                CASE NO: __00-6218-CR-ROETTGER__ ✓

AUSA __BERTHA MITRANI__ /Rice       ATTY __FPD__ - Bob Berube for Dav

disc out - no pending motion
motions due 9-27                                                      0254

DEFT_____CASE NO:_____

AUSA_____ATTY_____


DEFT_____CASE NO:_____

AUSA_____ATTY_____


DEFT_____CASE NO:_____

AUSA_____ATTY_____


DEFT_____CASE NO:_____

AUSA_____ATTY_____


DATE __9/12/00__                              TIME __11:00__

13/DM