UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6218-CR-ROETTGER

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

JOHNYE FAIRMAN, :

    Defendant. :

FILED by _____ D.C.
SEP 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
OF FLA. FT. LAUD

**STATUS REPORT**

A status conference was held in this cause on September 11, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was sent on the date of the status conference.

2. Counsel for the defendant shall have until September 27, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 13th day of September, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani (FTL)
AFPD Tim Day (FTL)