
<small>-cr-06218-NCR    Document 17    Entered on FLSD Docket 12/06/2000    F</small>

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6218-CR-NCR   Date: 12/1/00
Courtroom Clerk: P. Hart   Court Reporter: Reeves
Probation Officer: ___   Interpreter: ___

Plaintiff(s): U.S.A.   Counsel: Nicholson for Mitrani

Defendant(s): G. Fairman -(13)   Counsel: T. Day

Reason For Hearing: Plea Ct #1

Result of Hearing/Judgment: ∆ plead & adj. as guilty. PSI ordered. Bond cont'd. Sent set Fri. Feb 9, 2001 at 10:00 A.M.

Misc.: ___