# United States District Court
## for the
## Southern District of Florida

**United States of America**
  **v**
**JOHNYE FAIRMAN**

## WARRANT FOR ARREST

**Case Number:   00-6218-Cr-Roettger**

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JOHNYE FAIRMAN _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  X VIOLATION OF PRETRIAL PETITION

charging him or her with (brief description of offense)

The defendant failed to report to Pretrial Services 1/15/01, 1/22/01 and her current whereabouts are unknown.

in violation of Title __18__     United States Code, Section(s) __3148__

JAMES T. JAMROS                     United States Pretrial Services Officer
Name of Issuing Officer              Title of Issuing Officer

_/s/ James T. Jamros_                January 24, 2001, Fort Lauderdale, FL.
Signature of Issuing Officer          Date and Location

Bail fixed at $ __NONE__            by _/s/_
                                    Hon. NORMAN C. ROETTGER,
                                    Senior U.S. District Judge

                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
Southern District of Florida
/s/ Vfanee Yumno
Deputy Clerk
Date 1/26/01