PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA



U.S.A. vs. JOHNYE FAIRMAN                    Docket No: 00-6218-Cr-Roettger

Petition for Action on Conditions of Pretrial Release

COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant JOHNYE FAIRMAN, who was placed under pretrial release supervision by the Honorable LURANA S. SNOW, sitting in Court at FT. LAUD, on AUGUST 22, 2000, under the following conditions:

Bond set at $25,000 PSB, report to Pretrial Services as directed, submit to random urine testing and drug treatment as deemed necessary.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant failed to report to Pretrial Services on 1/15/01, 1/22/01 and her current whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER BOND REVOKED AND AN ARREST WARRANT ISSUED PURSUANT TO 18 U.S.C. 3148.

ORDER OF COURT

Considered and ordered this **24** day of **JAN**, 20**01** and ordered filed and made a part of the records in the above case.

Hon. Norman C. Roettger,
Senior U.S. District Judge

Respectfully,

James T. Jamros, PSO/DATS
U.S. Pretrial Services Officer

Place: Fort Lauderdale, Florida

Date: January 24, 2001