# United States District Court
## for the
## Southern District of Florida

**United States of America**
v
**JOHNYE FAIRMAN**

# WARRANT FOR ARREST

**Case Number: 00-6218-Cr-Roettger**

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JOHNYE FAIRMAN _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  X VIOLATION OF PRETRIAL PETITION

charging him or her with (brief description of offense)

The defendant failed to report to Pretrial Services 1/15/01, 1/22/01 and her current whereabouts are unknown.

in violation of Title __18__ United States Code, Section(s) __3148__

| JAMES T. JAMROS | United States Pretrial Services Officer |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

| Signature of Issuing Officer | January 24, 2001, Fort Lauderdale, FL. |
|---|---|
| | Date and Location |

Bail fixed at $ __NONE__        by _____
Hon. NORMAN C. ROETTGER,
Senior U.S. District Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/24/01 | James A. Tassone, U.S. Marshal | |
| | Southern District of Florida | |
| DATE OF ARREST 2/9/01 | | Edward Purchase, SDUSM |