FILED by _____ D.C.

2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: _00- 6218-CR-NCR_ Date: _2/9/01_

Courtroom Clerk: _P. Hart_    Court Reporter: _Neeves_

Probation Officer: _present_    Interpreter: _____

Plaintiff(s): _U.S.A._    Counsel: _Mitrani_

Defendant(s): _J. Fairman_    Counsel: _S. Day_
_(B)_

Reason For Hearing: _sentencing_

Result of Hearing/Judgment: _No fine    10 mos._
_assessed $100.00, rest $833.00, 3 yrs_
_S.R., Mental/substance abuse._
_full-time employ_
_Recom: Medical fac._

Misc.:_____

25/9