PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65099

# United States District Court

for

### SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

JAN 1 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Johnye Fairman                Case Number: 00-6218 Roettger

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, U. S. District Court, Judge

Date of Original Sentence: February 9, 2001

| | |
|---|---|
| Original Offense: | Forgery of a U. S. Treasury Check, Violation of Title 18 U.S.C. §510(a) (1) a Class C Felony |
| Original Sentence: | 10 months imprisonment, 3 years supervised release, substance abuse/mental health treatment. |

Type of Supervision: Supervised Release          Date Supervision Commenced: December 7, 2001

Assistant U.S. Attorney:                         Defense Attorney:  
Bertha Mitriani                                  Timothy Day

---

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition,** by failing to report to the probation officer as directed. On or about December 21, 2001, in a letter, the supervised releasee was instructed to report to the U. S. Probation Officer on January 2, 2002 and she failed to comply. Furthermore, the releasee has not reported since December 10, 2001. |

U.S. Probation Officer Recommendation:

    [ ] The term of supervision should be  
    [X] revoked.  
    [ ] extended for _ years, for a total term of _ years.



PROB 12C                                                               SD/FL PACTS No. 65099
(SD/FL 9/96)

[ ]   The conditions of supervision should be modified as follows:

                                                      Respectfully submitted,

                                    by    *Karen G. Anderson* (signature)
                                          Karen G. Anderson
                                          U.S. Probation Officer
                                          Phone: (954)769-5575
                                          Date: January 3, 2001

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

                                    _____
                                    Signature of Judicial Officer

                                    8 Jan 2002
                                    Date