UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6218-CR-ROETTGER__

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOHNYE FAIRMAN,
    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language __English__
Tape No. 02D - __8 - 2130__
AUSA __Jonathon Loo__
AGENT _____
DOB:      Prisoner # __55446-004__

    The above-named defendant having been arrested on _____ having appeared before the court for initial appearance on __2/26/02__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
    Address:_____
    Zip Code: _____ Telephone: _____

2. __AFPD (Vincent Farina)__ appointed as permanent counsel of record.
    Address:_____
    Zip Code: _____ Telephone: _____

__ 3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on __Probable Cause__, 2002.

4. Arraignment/Preliminary/Removal/Identity hearing is set for __10am   3/12__, 2002.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
_ A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am   3/1__, 2002.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
____c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.

<u>JOHNYE FAIRMAN</u>

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this 26th day of __FEBRUARY__ 2002.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney
  Defendant
  Counsel
  U.S. Marshal
  Pretrial Services/Probation