UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-6218-CR-ROETTGER
                  00
UNITED STATES OF AMERICA,

                              *Stipulated*
v.                            **ORDER ON BOND MOTION**

JOHNYE FAIRMAN

_____

This Cause came before the Court upon motion of the (defendant)(government) to (reduce)(increase)(modify) the bond. Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:
  ✓ The motion is **denied**; bond remains at  NO BOND - temporary
  ___ The motion is **granted**; bond is set at:  Pretrial Detention with
       ___ Personal Surety, unsecured, in the amount of  right to revisit.
       $_____

       ___ Personal Surety in the amount of  $_____
       with 10% posted with Clerk of Court.
       ___ Personal Surety in the amount of  $_____
       secured by the following collateral: _____
_____ ___ Full
Cash in the amount of $_____
       ___ Corporate Surety in the amount of $_____
       ___ Full Cash or Corporate Surety in the amount of
                         $_____ In addition
to the standard conditions of bond, the following special conditions are hereby imposed:
__ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
__ REPORT TO PRETRIAL SERVICES AS FOLLOWS:    WEEKLY IN PERSON;            WEEKLY BY PHONE.
__ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.
__ MAINTAIN CURRENT RESIDENCE.
__ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED __ REFRAIN FROM POSSESSING A   FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS       WEAPON.            __ COMPLY WITH THE
FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND:_____

_____
If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____
**DONE AND ORDERED** at Miami, Florida this 1st day, MARCH, 2002.
TAPE NO. 02D- 13-1145

c:AUSA, Defense,                          STEPHEN T. BROWN
Pretrial Services, Marshal               UNITED STATES MAGISTRATE JUDGE

