UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 00-6218-cr-Roettger

UNITED STATES OF AMERICA,
     Plaintiff,

vs.

Johnye Jairman
     Defendant.
_____/


FILED by ___ D.C.
MAG. SEC.
MAR 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

THIS CAUSE came before the Court and pursuant to proceedings held, it is thereupon

ORDERED AND ADJUDGED as follows: The parties hereby stipulate to a $50,000 PSB bond. The defendant is to be released on 3/13/02 to spectrum in Ft. Lauderdale.

DONE AND ORDERED at Miami, Florida this 12th day of March, 2002.

TAPE NO: 02H- 12-3284

ROBERT L. DUBE'
UNITED STATES MAGISTRATE JUDGE

c: AUSA  John Shipley
   Defense Counsel  OSPD
   Pretrial Services  Paul
   U.S. Marshal     Korchin