UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6218-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNYE FAIRMAN,

    Defendant.
_____/

### NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Vincent P. Farina. Please direct any future inquiries, pleadings or correspondence to Vincent P. Farina on behalf of the Defendant Johnye Fairman.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _____
Vincent P. Farina
Assistant Federal Public Defender
Florida Bar No. 0784370
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 9th day of April, 2002.

_____
Vincent P. Farina

J:\Fairman, Johnye Reg55440-004\Pleadings\ASSIGN.NOT