United States District Court

for

SOUTHERN DISTRICT OF FLORIDA

U.S.A vs. Johnye Fairman                      Docket No. 0:00CR6218-001
                                              PACTS NO. 65099

Petition to Revoke Bond

COMES NOW Karen G. Anderson, UNITED STATES PROBATION OFFICER presenting an official report upon the conduct of defendant, Johnye Fairman, who was placed on bond supervision by the Honorable Robert L. Dube sitting in the court at Miami, on the 12th day of March under the following conditions:

1. Released on a $50,000 personal surety bond.

2. The defendant will complete Spectrum Residential Treatment Program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1.      **Violation of Bond,** by failing to participate in an approved treatment program. On or about May 29, 2002, the supervised releasee was unsuccessfully discharged from Spectrum Programs.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND REVOKED AND A WARRANT ISSUED FOR THE DEFENDANT'S ARREST.**

ORDER OF COURT                               Respectfully,

Considered and ordered this 12TH day
of June, 2002 and ordered filed and
made part of the records in the above case.

                                             Karen G. Anderson
                                             U.S. Probation Officer
                                             Phone: (954)769-5575

Honorable Robert L. Dube                     Place Hollywood, Florida
U.S. District Court Magistrate Judge

                                             Date May 30, 2002



**United States Government**
MEMORANDUM

**DATE:** May 30, 2002

**FROM:** Karen G. Anderson
Hollywood, Florida
(954)769-5575

**SUBJECT:** FAIRMAN, Johnye
Docket No. 0:00CR06218-001
SD/FL PACTS No. 65099

**TO:** The Honorable Robert L. Dube
United States District Court, Magistrate
Miami, Florida

## VIOLATION OF CONDITIONS AND REQUEST FOR REVOCATION OF BOND

### I. COMPLIANCE WITH BOND CONDITIONS

On March 12, 2002, Johnye Fairman appeared before United States Magistrate Judge Robert L. Dube, in reference to a Probable Cause Hearing. The offender waived probable cause. In response, the Court ordered a $50,000 Personal Surety Bond and ordered the offender to complete Spectrum Residential Treatment Program. On March 13, 2002, the offender entered Spectrum Residential Treatment Program. While completing treatment, the offender received several incident reports for failing to comply with the rules and regulations of the program. In response to her ongoing non-compliance, she was unsuccessfully terminated from Spectrum Programs on May 29, 2002. As of the date of this memorandum, Ms. Fairman does not have a stable residence and she has failed to develop positive support systems. It is this officer's assessment that Ms. Fairman is likely to relapse and may revert back to engaging in illegal drugs.

### II. CHARACTERISTICS

At this juncture, the U. S. Probation Office has exhausted all efforts in addressing the offender's non-compliance. It should be noted, the offender has an extensive substance abuse history which includes crack cocaine, marijuana and heroin. Shortly after her release from prison, the offender admitted that she overdosed on Heroin. The offender has been diagnosed as suffering from Major Depression and is under the care of Dr. Harry Graff. While completing Spectrum, the offender was referred to the Glass House of Ft. Lauderdale to assist her with anger management. The offender was also scheduled to complete the re-entry program which would have assisted her with employment services. Due to her violations, she did not receive these services.

The Honorable Robert L. Dube
May 30, 2002
Page 2

**RE:   FAIRMAN, Johnye**

    In view of the aforementioned facts, it is respectfully recommended that the offender's bond be revoked and that a warrant is issued for her arrest.

Sincerely,

*Karen E. Anderson* (signature)

Karen G. Anderson
United States Probation Officer

Reviewed and Approved By:

*Beverly Young* (signature)

Beverly Young, Supervising
U. S. Probation Officer