AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Florida_____

UNITED STATES OF AMERICA

V.

Johnye Fairman

**WARRANT FOR ARREST**

Case Number: 00-6218 - CR - Roettger

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Johnye Fairman_____
                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation   ☐ Probation Violation Petition

charging him or her       (brief description of offense)

**Failure to Comply With the Conditions of Bond,** in that, the offender was ordered to enter and complete 90 days at Spectrum Residential Drug Treatment Program. On or about May 29, 2002, Johnye Fairman was unsatisfactorily discharged from Spectrum Residential Treatment Program.

in violation of _____18_____ United States Code, Section(s) _____USC §3148_____

Clarence Maddox                                        Court Administrator • Clerk of Court
Name of Issuing Officer                                Title of Issuing Officer

[signature]                                            Miami, FL  6/12/02
Signature of Issuing Officer                           Date and Location

Bail fixed at $ _____    by    ROBERT L. DUBÉ
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest