AO 442  (Rev. 5/93) Warrant for Arrest

498477

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida

UNITED STATES OF AMERICA

V.

Johnye Fairman

**WARRANT FOR ARREST**

Case Number: 00-6218 - CR - Roettger

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Johnye Fairman _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  X Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

**Failure to Comply With the Conditions of Bond,** in that, the offender was ordered to enter and complete 90 days at Spectrum Residential Drug Treatment Program. On or about May 29, 2002, Johnye Fairman was unsatisfactorily discharged from Spectrum Residential Treatment Program.

in violation of _____ 18 _____ United States Code, Section(s) _____ USC §3148 _____

Clarence Maddox                                Court Administrator • Clerk of Court
Name of Issuing Officer                        Title of Issuing Officer

[signature]                                    Miami, FL  6/12/02
Signature of Issuing Officer                   Date and Location

Bail fixed at $ _____                         by  ROBERT L. DUBE
                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ **Miami, FL** |

| DATE RECEIVED **6/12/02** | NAME AND TITLE OF ARRESTING OFFICER **Edward Stubbs, Acting US Marshal S/D FL** | SIGNATURE OF ARRESTING OFFICER  Barry Golden, ASDUSM |
|---|---|---|
| DATE OF ARREST **7/12/02** | | |

AO 442   (Rev. 12/85) Warrant for Arrest