UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ]    CASE NUMBER: CR 00-6218-CR-NCR
                Plaintiff ]
           -vs-            ]    REPORT COMMENCING CRIMINAL
                           ]              ACTION
                           ]
  Johnye Fairman            ]
  55440-004    Defendant         USMS Number

***********************************************************
TO: CLERK'S OFFICE   (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
***********************************************************
COMPLETE ALL ITEMS.  INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 7/12/02 / 4:25  AM ___ PM ✓

(2) LANGUAGE SPOKEN: English

(3) OFFENSE(S) CHARGED: Probation Vio.


(4) UNITED STATES CITIZEN: (✓) YES  ( ) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 10/08/1955

(6) TYPE OF CHARGING DOCUMENT:  (check one)
    [ ] INDICTMENT      [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # 00-6218-CR-NCR
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

AMOUNT OF BOND: $_____         WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____  ARRESTING OFFICER: _____

(10) AGENCY: _____    (11) PHONE: _____

(12) COMMENTS: _____