UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6218-Cr-ROTTGER



UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNYE FAIRMAN,

    Defendant.
_____/

**DEFENDANT'S INVOCATION OF RIGHTS
TO SILENCE AND COUNSEL**

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant.



Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

>Respectfully submitted,
>
>KATHLEEN M. WILLIAMS
>FEDERAL PUBLIC DEFENDER
>
>_____
>Hector Dopico
>Assistant Federal Public Defender
>Attorney for Defendant
>Florida Bar No. 0161380
>150 West Flagler Street, Suite 1700
>Miami, Florida 33130-1556
>Tel: (305) 530-7000
>Fax No. (305) 536-4559

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed this 17th day of July, 2002 to Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

>_____
>Hector Dopico

J:\Fairman, Johnye Reg55440-004\WorkingSubDirectory\invocation.motion.wpd