REC'D by _____ D.C.
DKTG
JUL 2 4 2002
-NCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 00-6218-CR-Roettger

FILED by _____ D.C.
MAG. SEC.
JUL 17 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

Johnye Faieman
        Defendant.
_____/

THIS CAUSE came before the Court and pursuant to proceedings held, it is thereupon

ORDERED AND ADJUDGED as follows: The above named defendant is Remanded into the custody of the U.S. Marshal to appear before Judge Dube.

DONE AND ORDERED at Miami, Florida this 17th day of July, 2002.

TAPE NO: 010-0850-1872

WILLIAM C. TURNOFF
U.S. MAGISTRATE JUDGE

c:  AUSA
    Defense Counsel
    Pretrial Services
    U.S. Marshal