UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6218-CR-Roettger

REC'D by ___ D.C.
DKTG
JUL 24 2002
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

vs.

Johnye Faieman

_____

FILED by ___ MAG. SEC.
JUL 2? 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA

This cause came before the Court and pursuant to proceedings held, it is thereupon

ORDERED AND ADJUDGED as follows: The defendants bond is hereby Revoked. The Defendant is Ordered detained pending further proceedings before Judge Roettger.

DONE AND ORDERED at Miami, Florida this 19th day of July, 2002.

TAPE NO: 02653-2558

_____
UNITED STATES MAGISTRATE JUDGE
WILLIAM C. TURNOFF

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal