UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6218-CR-ROETTGER

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

JOHNY FAIRMAN,
        Defendant.
_____:



FILED by _____ D.C.
INTAKE
JUL 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: _____
        Hector Dopico
        Assistant Federal Public Defender
        Florida Bar No. 0161380
        150 W. Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        (305) 530-7000, Ext. 175
        (305) 536-4559, Fax



## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was sent via interagency mail the 22nd day of July, 2002 to the United States Attorney, 99 NE 4th Street, Miami, FL 33132-2111 and Karen Anderson, United States Probation Officer, Horizons One, 6100 Hollywood Blvd., Suite 501, Hollywood, FL 33024-7938.

By: _____
Hector Dopico

J:\Fairman, Johnye Reg55440-004\2nd Supervised Release Violation Case\Pleadings\Notice.assignment.wpd

*UNITED STATES V. JOHNYE FAIRMAN*
CASE NO. 00-6218-CR-ROETTGER

## SERVICE LIST

| | |
|---|---|
| HECTOR DOPICO<br>ASSISTANT FEDERAL PUBLIC DEFENDER<br>150 W. FLAGLER STREET, SUITE 1700<br>MIAMI, FL 33130-1556<br>305/530-7000, EXT. 175<br>305/536-4559, FAX<br>COUNSEL FOR: JOHNYE FAIRMAN | UNITED STATES ATTORNEY<br>99 NE 4TH STREET<br>MIAMI, FL 33132-2111<br>305/961-9000<br>305/530-7976, FAX<br>COUNSEL FOR: GOVERNMENT |
| KAREN ANDERSON<br>UNITED STATES PROBATION OFFICER<br>HORIZONS ONE<br>6100 HOLLYWOOD BLVD., SUITE 501<br>HOLLYWOOD, FL 33024-7938<br>954/769-5575<br>954/967-9125, FAX | |

J:\Fairman, Johnye Reg55440-004\2nd Supervised Release Violation Case\Pleadings\Notice.assignment.wpd