

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6218-CR-ROETTGER

UNITED STATES OF AMERICA

v

JOHNYE FAIRMAN

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for WEDNESDAY AUGUST 21, 2002 at 10:30 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

VIOLATION OF SUPERVISED RELEASE

CLARENCE MADDOX, CLERK

DATED: 8/21/02

BY: _____

Deputy Clerk

