UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



CASE NO. 00-6218-CR-ROETTGER

UNITED STATES OF AMERICA,    :

    Plaintiff,                :

vs.                             :

JOHNYE FAIRMAN,               :

    Defendant.               :
_____/

## NOTICE OF REASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By:_____
       Timothy M. Day
       Assistant Federal Public Defender
       Florida Bar No. 360325
       1 East Broward Blvd.
       Suite 1100
       Fort Lauderdale, Florida 33301
       (954) 356-7436
       (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ___ day of August, 2002 to the United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Karen Anderson, United States Probation Office, 6100 Hollywood Blvd., Suite 501, Hollywood, Florida 33024-7938.

_____
Timothy M. Day

S:\DAY\Farnum\ASSIGN SRV.wpd