HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida



COURT MINUTES

Case No.: 00-6218-CR-NCR    Date: 8/21/02
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: present    Interpreter:
Plaintiff(s): U.S.A.    Counsel: Mitrani

Defendant(s): J. Furman (J)    Counsel: T. Ray

Reason For Hearing: S.R. hrg re-instated

Result of Hearing/Judgment: SR ~~Revoked~~. Foundations of Broward Inc. for a period of at least 6 mos.

Misc.:

