UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6218-CR-ROETTGER

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

JOHNYE FAIRMAN,  :

    Defendant.  :
_____/



## UNOPPOSED MOTION FOR RECONSIDERATION OF SENTENCE

The defendant, through counsel, hereby moves this Court for reconsideration of her sentence and as grounds in support thereof states as follows:

1. On August 21, 2002, the defendant admitted that she violated her supervised release.

2. The Court reinstated her supervised release and added a special condition that she attend and complete the Foundations Program.

3. Undersigned counsel has been advised by Ms. Fairman's probation officer that the Foundations Program requires a $200.00 admission fee and a weekly fee of $125.00 which United States Probation is not authorized to pay. It appears Ms. Fairman will be unable to attend this program.

4. Furthermore, the defendant is homeless, has no family or friends and has nowhere to stay.



5. The defendant requests, and the Office of Probation and Assistant United States Attorney Bertha Mitrani concur that Ms. Fairman be given a guideline sentence of five months with her supervised release to be terminated (her guidelines were 5-11 months). It appears that Ms. Fairman is not a suitable candidate for supervised release because of the lack of a residence.

WHEREFORE, the defendant requests that this court reconsider its sentence of August 21, 2002 and sentence Ms. Fairman to five months incarceration with her supervised release to be terminated.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 27 day of August, 2002 to Bertha Mitrani, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Karen Anderson, United States Probation Office, 6100 Hollywood Blvd., Suite 501, Hollywood, Florida 33024.

_____
Timothy M. Day

S:\DAY\Fairman\Reconsider.01.wpd