UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6218-CR-ROETTGER

v

JOHNYE FAIRMAN
Marshal#55440-004

ORDER

FILED by _____ D.C.
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

THIS CAUSE is before the Court on Motion for violation of Supervised Release.

Upon consideration of the record and Motion in this cause it is,

ORDERED AND ADJUDGED that the period of Supervised Release is hereby re-instated. It is also ordered that the defendant's term of supervised release is modified to include. The defendant shall reside & participate in Foundations of Broward, Inc., for a period not to exceed 180 days, or until otherwise release at the direction of the Probation Officer. In all other respects the Judgment & Commitment Order remains the same.

DONE and ORDERED this ___7___ day of OCT 2002 at Ft. Lauderdale, Florida.

_____
UNITED STATES DISTRICT JUDGE
NORMAN C. ROETTGER

cc: counsel of record

