PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65099

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:00CR06218-001

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Johnye Fairman

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, U.S. District Court Judge, Ft. Lauderdale, FL

Date of Original Sentence: February 9, 2001

| | |
|---|---|
| Original Offense: | Forgery of a U.S. Treasury Check, Violation of Title 18, U.S.C. §510(a)(1) a Class C Felony |
| Original Sentence: | 10 months imprisonment, 3 years supervised release, substance abuse/mental health treatment. *August 21, 2002, conditions were modified to include 180 days at Foundations of Broward County. |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 7, 2001

Assistant U.S. Attorney:  
Betha Mitriani

Defense Attorney:  
Timothy Day

## PETITIONING THE COURT

[X] To issue a warrant  
[] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition,** by failing to notify the probation office of change in residence. On or about September 27, 2002, the supervised releasee moved from her approved residence of 725 Rainbow Drive, Hollywood, Florida, and her whereabouts are unknown. |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be



PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65099

    [X]    revoked.  
    [ ]    extended for _ years, for a total term of _ years.

    [ ]    The conditions of supervision should be modified as follows:

Respectfully submitted,

by

Karen G. Anderson  
U.S. Probation Officer  
Phone: (954)769-5575  
Date: October 16, 2002

THE COURT ORDERS:

[ ]    No Action  
[ ]    The Issuance of a Warrant  
[ ]    The Issuance of a Summons  
[X]    Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

28 OCT '02  
Date