PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65099

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>0:00CR06218-001</u>

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:   Johnye Fairman

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, United States District Judge,  
Ft. Lauderdale, Florida

Date of Original Sentence: February 9, 2001

| | |
|---|---|
| Original Offense: | Forgery of a United States Treasury Check, Violation of Title 18 U.S.C. §510(a)(1), a Class C felony. |
| Original Sentence: | Ten (10) months imprisonment followed by three (3) years supervised release, substance abuse/mental health treatment. *August 21, 2002, conditions were modified to include 180 das at Foundations of Broward County. |

Type of Supervision: Supervised Release         Date Supervision Commenced: December 7, 2001

Assistant U.S. Attorney:                         Defense Attorney:  
Betha Mitriani                                   Timothy Day

## PETITIONING THE COURT

[X]   To issue a warrant  
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1.                      **Violation of Standard Condition,** by failing to notify the probation office of change in residence. On or about September 27, 2002, the supervised releasee moved from her approved residence of 725 Rainbow Drive, Hollywood, Florida, and her whereabouts are unknown.



PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65099

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be  
[X]   revoked.  
[ ]   extended for __ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

                                        Respectfully submitted,

                                by      *[signature]*  
                                        Karen G. Anderson  
                                        U.S. Probation Officer  
                                        Phone: 954-769-5575  
                                        Date: November 8, 2002

THE COURT ORDERS:

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

                                        *[signature]*  
                                        Signature of Judicial Officer

                                        13 Nov 2002  
                                        Date