PROB 19

# UNITED STATES DISTRICT COURT

for

SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs JOHNYE FAIRMAN                     Docket No. 0:00CR06218-001
                                              SD/FL PACTS No. 65099

TO:[1] ANY UNITED STATES MARSHALL OR ANY OTHER LAW ENFORCEMENT OFFICER

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE  Johnye Fairman || SEX  Female | RACE  White | AGE  47 |
| ADDRESS (STREET,CITY,STATE)  725 Rainbow Drive, Hollywood, FL - (temporary residence, however, current whereabouts unknown) |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)  U.S. District Court ||| DATE IMPOSED  February 9, 2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)  U.S. District Court, SD/FL - Ft. Lauderdale |||||
| CLERK  Clarence Maddox | (BY) DEPUTY CLERK ||  DATE  Nov 26 2002 ||

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED || DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| | ||| Certified to be a true and correct copy of the document on file  Clarence Maddox, Clerk,  U.S. District Court  Southern District of Florida  by /s/ Melanie Quintero  Deputy Clerk |
| NAME | (BY) || DATE  11/26/02 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshall;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

