## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: JOHNYE FAIRMAN (J)#     CASE NO: 00-6218-CR-Roettger
AUSA: Bertha Mitrani /Stefin     ATTY: Pat Hunt
AGENT: USPO: Karen Anderson pres     VIOL: Violation of Supervised release
PROCEEDING: Initial Appearance     RECOMMENDED BOND: No Bond
BOND HEARING HELD - yes /(no)     COUNSEL APPOINTED: APD
BOND SET @:     To be cosigned by:

FILED by INTAKE D.C. MAR 18 2003 CLARENCE MADDOX CLERK U.S. DIST CT. S.D. OF FLA. - FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

✗ - Advised of charges
✗ - sworn for counsel

No Bond hrg held - will be set at request of FPD

✗ - Waives timely prelim / probable cause

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: ✗ Final hrg before Judge Roettger. USPO to contact Chambers.
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 3-18-03 TIME: 11:00am FTL/BSS TAPE # 03-020 Begin: 100 End: 244

Recalled
491 - 560