UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6218-CR-Roettger

UNITED STATES OF AMERICA

vs

Johnye Fairman

*FILED by INTAKE MAR 18 2003 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.*

O R D E R

__x__/ Appointing Counsel
_____/ Ratifying Prior Service
_____/ Extending Appointment
         for Appeal
_____/ Substituting Counsel

_____
(prior counsel)

CHARGE: ____'Violation of Supervised release____
___/Felony          ____/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
1 E. Broward Boulevard, Suite 1100
Ft. Lauderdale, FL  33301
Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 18 day of March, 2003.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:  AUSA
     FPD
     Pretrial Services

