PROB 19

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs JOHNYE FAIRMAN

Docket No. 0:00CR06218-001
SD/FL PACTS No. 65099

TO:[1] ANY UNITED STATES MARSHALL OR ANY OTHER LAW ENFORCEMENT OFFICER   NCR

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. | | | |
| NAME OF SUPERVISED RELEASEE<br>Johnye Fairman | SEX<br>Female | RACE<br>White | AGE<br>47 |
| ADDRESS (STREET,CITY,STATE)<br>725 Rainbow Drive, Hollywood, FL - (temporary residence, however, current whereabouts unknown) | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court | | DATE IMPOSED<br>February 9, 2001 | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, SD/FL - Ft. Lauderdale | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>NOV 2 6 2002 | |

| | RETURN | | |
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>11/27/2002 | DATE EXECUTED<br>3/17/2003 | |
| EXECUTING AGENCY (NAME AND ADDRESS) | | | |
| NAME | (BY) | DATE | |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

