UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6218-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNYE FAIRMAN,

    Defendant.

_____/

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robert N. Berube
  Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 21st day of March, 2003, to United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube

