UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6218-CR-ROETTGER

UNITED STATES OF AMERICA

v

JOHNYE FAIRMAN                                            <u>NOTICE</u>

_____/


TAKE NOTICE That a proceeding in this case has been set for <u>WEDNESDAY MAY 28, 2003 at 1:30 P.M.</u>    at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

   VIOLATION OF SUPERVISED RELEASE HEARING


                    CLARENCE MADDOX, CLERK

DATED: 4/23/03

                    BY: _P. Abut_____
                           Deputy Clerk

