

FILED by _____ D.C.
JUN 1 3 2003
CLARENCE
CLERK U.S. ...
S.D. OF F...

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: **00-6218-CR**    Date: **6-12-03**
Courtroom Clerk: **ALTSCHUL**    Court Reporter: **REEVES**
Probation Officer: _____    Interpreter: _____

Plaintiff(s): **U.S.A.**    Counsel: **B. MITRANI**

Defendant(s): **J. FAIRMAN**    Counsel: **R. BERUBE**

Reason For Hearing: **Violation of Supervised Release**

Result of Hearing/Judgment:
**Supervised release revoked. D to be imprisoned for 11 months.**

Misc.: _____