**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v

CASE NO. 00-6218-CR-ROETTGER

JOHNYE FAIRMAN
Marshal#55440-004

ORDER

FILED by _____ D.C.
JUN 1 7 2003
CLARENCE
CLERK U.
S.D. OF F

_____/

THIS CAUSE is before the Court on Motion for violation of Supervised Release.

Upon consideration of the record and Motion in this cause it is,

ORDERED AND ADJUDGED that the period of Supervised Release is hereby revoked. Defendant is to be incarcerated for a period of <u>11 Months</u>.

DONE and ORDERED this ___17___ day of ___June___ 200_3_ at Ft. Lauderdale, Florida.

_____
UNITED STATES DISTRICT JUDGE
NORMAN C. ROETTGER

cc: counsel of record

DEFENDANT DELIVERED ON 7/15/03
~~SURRENDERED ON~~
TO FCI TALLAHASSEE, FLORIDA
BY BOP BUS A-01 ; USM _____
BY: _____
For Inmate Systems Manager

6/17/03